6:31 PM
07/02/10
Accrual Basis

# Falls Road Consultants
## Profit & Loss
### January through June 2010

|  | Jan - Jun 10 |
|---|---:|
| **Ordinary Income/Expense** | |
| **Income** | |
| 300 · Income | 41,820.30 |
| **Total Income** | 41,820.30 |
| | |
| **Expense** | |
| Shoot Expense | 151.36 |
| 501 · Advertising | 668.34 |
| 505 · Auto & Truck | 2,052.80 |
| 509 · Bank Charges | 704.28 |
| 511 · Contributions | 25.00 |
| 521 · Dues & Subscriptions | 447.49 |
| 523 · Entertainment | 2,270.77 |
| 526 · Delivery/Postage | 1.00 |
| 528 · Gambleing | 380.50 |
| 530 · Insurance | 540.00 |
| 531 · Interest expense | 197.41 |
| 535 · Legal & Accounting | 1,800.00 |
| 540 · Office Expense | 581.79 |
| 550 · Outside services | 7,517.17 |
| 555 · Rent | 2,200.00 |
| 560 · Repairs & Maintenance | 308.04 |
| 570 · Taxes & Licenses | 733.00 |
| 577 · Telephone | 1,418.06 |
| 578 · Travel | 1,548.63 |
| 580 · Utilities | 205.90 |
| **Total Expense** | 23,751.54 |
| | |
| **Net Ordinary Income** | 18,068.76 |
| | |
| **Other Income/Expense** | |
| **Other Income** | |
| 610 · Interest Income | 0.10 |
| **Total Other Income** | 0.10 |
| | |
| **Net Other Income** | 0.10 |
| | |
| **Net Income** | 18,068.86 |