Howard M. Ehrenberg, Trustee
333 S. Hope Street, 35th Floor
Los Angeles, CA  90071
Telephone:    (213) 626-2311
Facsimile:     (213) 629-4520
ehrenbergtrustee@sulmeyerlaw.com

## UNITED STATES BANKRUPTCY COURT
## CENTRAL DISTRT OF CALIFORNIA
## LOS ANGELES DIVISION

| | |
|---|---|
| In Re:<br><br>ERIK J DESANDO<br><br><br><br><br><br>Debtor(s) | Case No.: 2:10-BK-41514-SB<br><br>Chapter: 7<br><br>NOTICE OF CONTINUED MEETING OF CREDITORS AND APPEARANCE OF DEBTOR(S) [11 USC 341(a)] |

COUNSEL: GERALD J KOH
TO THE ABOVE NAMED DEBTOR(S):

     You are hereby notified that the Meeting of Creditors pursuant to Title 11 U.S.C. Section 341(a) in the above-entitled matter was continued to 10/08/10 at 08:00 AM at 725 S. FIGUEROA STREET, ROOM 102, LOS ANGELES, CALIFORNIA 90017, for the reason set forth below:

     DEBTOR(S) DID NOT APPEAR AT THE INITIAL 341(a) MEETING SET BY THE COURT AS INSTRUCTED BY THE CHAPTER 7 TRUSTEE DUE TO AN OVERFLOW OF CASES SCHEDULED AT 4:30 PM.

     DEBTOR(S) MUST APPEAR AT THE CONTINUED MEETING OR REQUEST A FURTHER CONTINUANCE IN WRITTEN FORM PRIOR TO THE DATE OF THE MEETING.  THE REQUEST SHOULD BE SENT TO THE CHAPTER 7 TRUSTEE BY REGULAR MAIL OR EMAIL.

Dated:    September 9, 2010            /s/ Howard M. Ehrenberg
                                          Howard M. Ehrenberg
                                          Chapter 7 Trustee

     I certify that I served the within notice on the above debtor(s) and the debtor(s)' attorney, and interested parties on September 9, 2010.

                                        /s/ Lupe Cortez
                                      Lupe Cortez, Chapter 7 Trustee Administrator